Court of Appeals Case No.

No. 10-13-00160-CR

In the Court of CRIMINAL APPEALS
AUSTIN, TX

FILED IN
COURT OF CRIMINAL APPEALS

MAY 22 2015

Abel Acosta, Clerk

RECEIVED

MAY 15 2015

COURT OF APPEALS
WACO, TEXAS

Araceli Tello

V.S.

The State of Texas

FIRST MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 18 2015

Abel Acosta, Clerk

TO THE HONORABLE JUDGES OF THE COURT of
CRIMINAL APPEALS.

Come now Araceli Tello, Petitioner and
files this motion for an EXTENSION of (60) days
in which to file for a Discretionary Review
In support of this motion, appellant, shows
the court the following:

I.

The Petitioner was convicted in the 272nd.
District Court of BRAZOS County, Texas of the
offense of Aggravated Robbery in Cause NO 12-02
891-CRF-272 styled. State of Texas
VS. Araceli Tello.

The Petioner appealed to the Court of
Appeals, Tenth Court of Appeals,
Tenth Court of Appeals Supreme Judicial
District. This case was affirmed on May 6, 2013

## II.

The Present deadline for filing the Petition for Discretionary Review is ___May 22nd 2015___. The Petitioner has not requested any extension prior to request.

## III.

Petitioner's request for an extension is based upon the Following facts: Petitioners was not informed of the decision of the court of appeals in affirming her case until April 29, 2015. Since that time Petitioners has been attempting to gain legal representation in this matter. Her attorney on the appeal Craig M. Greaves has informed Petitioner that he will not represent on the petitition for Discretionary Review.

Wherefore, Petitioners pray that this court grants this motion and extend the deadline for filing the petition for Discretionary Review in Case No 12-02891-CRF-272 to Appeal # 10-43-00160-CR. to 60 days of extens

Araceli Ibbe

Petition Prose

Tx. Dept of Criminal Justice

HOBBY unit

IDTDCJ# 01855166

742-FM712 HOBBY unit

Marlin, Tx 76661

## Certificate of Service

I certify that a true and correct copy of the above and foregoing. First Motion for Extension of time to file a petition for Discretionary Review has been forwarded by U.S. Mail, postage prepaid. First Class to the Attorney of State Jarvis J. Parson at Brazos Co. District Attorney 300 E. 26th st suite 310 Bryan, TX 77803, and the State Prosecuting Attorney P.O. Box 12405 Austin, TX 78711 on the 11th day of May, 2015.

Araceli Tello

Petitioner Pro se

I Araceli Tello, TDCJ # 01855166 being presently incarcerated, Hobby unit of the Tx. Dept. of Criminal Justice in Falls, County Texas. Verify and declare under penalty of prejury that the foregoing" statements are true, and correct. Executed on this 11th day of May 2015.

TDCJ # 1855166

Araceli Tello
Hobby Unit
742 FM 712
Marlin, Tx 76661